Dismissed and Memorandum Opinion filed August 5, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00575-CV

____________

 

ARMANDO RABAGO, Appellant

 

V.

 

VICTOR FUENTES AND PAULITA RABAGO, Appellees

 



 

On Appeal from the County Court at Law No. 1

Galveston County, Texas

Trial Court Cause No. 59,066

 



 

MEMORANDUM
OPINION

This is
an appeal from a judgment signed March 25, 2010.  On July 20, 2010, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Anderson, Frost, and
Seymore.